■ In the Matter of RICHARD DENNIS SILVERBLATT (Admitted as RICHARD D. SILVERBLATT), a Disbarred Attorney. [646 NYS2d 618] —Application for reinstatement granted only to the extent of referring the matter to the Departmental Disciplinary Committee for a hearing, as indicated, and otherwise denied. No opinion. Concur—Sullivan, J. P., Milonas, Rosenberger, Ellerin and Kupferman, JJ.